with leave to respondent to renew said motion after the filing of the case on appeal in the partition action; or, if said judgment should not be appealed from, then after service of the judgment in said partition action.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Lee Albert Agnew, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Morris M. Becher v. Alberta G. Turner.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before September 29, 1925.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Tobias Kahane v. Alfred Jacques.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Charles E. Munson v. DeForest Radio Telephone and Telegraph Company.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York v. William Butler.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York v. William Butler.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York v. Samuel Hausman.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

John Aemiseger v. The Woodlawn Cemetery.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so that appeal can be argued on or before September 29, 1925.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

American Linoleum Manufacturing Company v. The City of New York.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

George F. Hinrichs, Inc., v. The City of New York and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the .Judicial Settlement of the Account of Proceedings of The Farmers' Loan and Trust Company, as Successor Trustee under the Last Will and Testament of Lewis Joseph White, Jr., Deceased.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Ætna Casualty and Surety Company v. John G. Gasteiger and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The City of New York v. Seneca Copper Corporation.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Frank Freeman v. Matthias P. Moller, etc.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.